# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Dylan Cross
Plaintiff

v.

3:26-cv-3925-N
Civil Action No.

HyperWater Inc., et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiff Dylan Cross

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

None. Plaintiff Dylan Cross is an individual, not a corporation. Under Fed. R. Civ. P. 7.1 (a)(2), Plaintiff states that he is a citizen of Massachusetts.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Dylan Cross (Plaintiff), HyperWater Inc. (also known as HyperWater, LLC and HyperWater.ai) (Defendant), ConstructionBevy, Inc. (Defendant), Lee Blaylock (Defendant), Gasper Law PLLC and Travis Gasper (counsel for Plaintiff), Fitz Law PLLC and Carl A. Fitz (counsel for Plaintiff)

| | |
|---|---|
| Date: | November 9, 2026 |
| Signature: | |
| Print Name: | Travis Gasper |
| Bar Number: | 24096881 |
| Address: | 633 West Davis Street |
| City, State, Zip: | Dallas, Texas 75208 |
| Telephone: | (469) 694-1800 |
| Fax: | (833) 957-2957 |
| E-Mail: | team@gasperplan.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.